# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

### CR 09     0667

UNITED STATES OF AMERICA,

V.

**VRW**

## E-filing

HUNG T. TRAN,

DEFENDANT(S).

## INDICTMENT

Title 18 U.S.C. § 371 - Conspiracy to Make Materially False Statement in a Matter
Within the Jurisdiction of the United States Government

---

A true bill.

_____
Foreman

Filed in open court this **30th** day of

**June 2009**

_Karen L. Hom_
_____
Clerk

Bail, $ _Summons to issue_

July 8 2009
J 9:30 a
Judge Chen

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 USC Section 371: Conspiracy to Make Materially False Statement

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximums: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; restitution.

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ HUNG T. TRAN

DISTRICT COURT NUMBER  VRW
CR 09   0667

**DEFENDANT**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  AUSA Nat Cousins
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA Nat Cousins

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: TBD

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:
care of counsel Christian Picone of Berliner Cohen
10 Almaden Blvd., 11th Floor, San Jose, CA 95113

Date/Time: July 8, 2009, 9:30 a.m.   Before Judge: Duty Magistrate SF

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
            **E-filing**
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION



11
12 | UNITED STATES OF AMERICA,    )   CR 09 - 0667
13 |     Plaintiff,               )   VIOLATION: 18 U.S.C. § 371 –
   |                              )   Conspiracy to Make Materially False
   |     v.                       )   Statement in a Matter Within the
14 |                              )   Jurisdiction of the United States
   | HUNG T. TRAN,                )   Government
15 |     a/k/a Anh Hung,          )
   |                              )   SAN FRANCISCO VENUE
16 |     Defendant.               )
17 |                              )
18 |                              )
19 |_____)
20
21                    INDICTMENT
22  The Grand Jury charges:
23                    BACKGROUND
24  At all times relevant to this Indictment:
25  1. According to the laws of the United States, a foreign person wishing to enter the
26  United States must apply for an entry visa. To apply, the applicant must submit a
27  standard visa application, a fee, photographs, and other documents to a Department of
28  State officer authorized to issue and adjudicate visas at an United States Consulate.

INDICTMENT

1  There are various categories of entry visas prescribed by statute and by Department of
2  State regulations covering tourists, employees, refugees, and diplomats, among many
3  other categories. The most common entry visa issued by the Department of State is a
4  tourist visa known as the B1/B2 visa. These visas allow foreign persons to enter the
5  United States for tourism or for work purposes, so long as they are not paid by an U.S.
6  company. In practice, these visas are issued to foreign business people who want to
7  attend meetings, to attend training courses, or to conduct business negotiations, so long as
8  they are paid by an employer outside of the United States. Foreign persons wishing to
9  enter the United States and wishing to be employed by an U.S. company must apply for
10 an H1 visa. H1 visas have much stricter issuance requirements and can only be issued to
11 vetted foreign employees in specialty occupations where there is a shortage of U.S. labor.
12 Although there are some specific exceptions, a foreign person cannot be employed by an
13 U.S. company on a B1/B2 visa.
14
15 COUNT ONE:   . (18 U.S.C. § 371 – Conspiracy to Make Materially False Statement
                      in a Matter Within the Jurisdiction of the United States Government)
16
17     2. Paragraph One is incorporated herein by reference.
18     3. Beginning on a date unknown, and continuing to on or about May 7, 2009, in the
19 Northern District of California and elsewhere, the defendant
20                              HUNG T. TRAN,
21 and others known and unknown to the Grand Jury, did knowingly and intentionally
22 conspire and agree to make a materially false statement in a matter within the jurisdiction
23 of the United States Government, in violation of Title 18, United States Code, Section
24 1001. Specifically, the defendant and co-conspirators did knowingly and intentionally
25 conspire and agree that a member or members of the conspiracy would make a false
26 statement or use a writing which contained a false statement in a matter within the
27 jurisdiction of the Department of State; and the person acted willfully, that is deliberately
28 ///

INDICTMENT

2

and with knowledge that the statement was untrue; and the statement was material to the Department of State's activities or decisions.

4. The defendant, HUNG T. TRAN, became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it.

### Overt Acts

5. As part of the conspiracy and to carry out its objects, the defendant committed or caused to be committed the following overt acts, among others, in the Northern District of California:

    a. In or about March 2009, HUNG T. TRAN traveled from the Northern District of California to Asia for the purpose of meeting with software engineers.

    b. In or about April 2009, HUNG T. TRAN sent $16,000 by wire transfer from the Northern District of California to a business in Vietnam for the purpose of hiring at least two software engineers.

    c. In or about April 2009, HUNG T. TRAN sent the software engineers in Vietnam instructions for applying for B1 visas and instructed that the engineers should say they were entering the United States for training, which was not true.

All in violation of Title 18, United States Code, Section 371.

DATED:  
6/30/09

A TRUE BILL.

_(signature)_  
FOREPERSON

JOSEPH P. RUSSONIELLO  
United States Attorney

_(signature)_  
KYLE F. WALDINGER  
Deputy Chief, Major Crimes Section

(Approved as to form: _(signature)_  
AUSA NAT COUSINS

INDICTMENT

3