JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7368
   Facsimile: (415) 436-7234
   E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> HUNG T. TRAN, <br>     Defendant. | No.  CR 09-0667 VRW <br><br> **STIPULATION RE PRETRIAL FILING DEADLINES; AND PROPOSED ORDER** <br><br> Pretrial Conference: Nov. 12, 2009 <br> Trial: December 7, 2009 |

    The parties jointly propose the following schedule for certain pretrial filings in this case and respectfully request that the Court approve the proposed schedule:

- October 29, 2009: Motions in Limine filed.

- November 6, 2009: Oppositions to Motions in Limine filed.

- No reply briefs on Motions in Limine permitted without leave of Court.

- November 6, 2009: Pretrial Conference Statements filed, including all matters required under the Court's Pretrial Scheduling Order (docket entry 12).

STIPULATION
U.S. v. Tran, CR 09-0667 VRW

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

Dated: October 28, 2009

NATHANAEL M. COUSINS
Assistant United States Attorney

AGREED.

/s/

CHRISTIAN PICONE
Counsel for Hung Tran

\* \* \*

**[proposed] ORDER, CR 09-0667 VRW**

For good cause shown, the STIPULATION is approved and the proposed schedule is accepted.

DATED: 11/2/2009

HON.
Chief
North

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

STIPULATION
U.S. v. Tran, CR 09-0667 VRW                2