FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com
kathy.sherman@berliner.com

ATTORNEYS FOR PLAINTIFF HUNG T. TRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 09-CR-0667-VRW |
|---|---|
| Plaintiff, | DEFENDANT HUNG T. TRAN'S UPDATED LIST OF POTENTIAL WITNESSES |
| v. | Date: November 12, 2009 |
| HUNG T. TRAN, | Time: 2:00 p.m. |
| | Dept.: 6 |
| Defendant. | Judge: Hon. Vaughn R. Walker, Chief Judge N.D. California |
| | Case Filed: June 30, 2009 |
| | Trial Date: December 7, 2009 |

///
///
///
///
///
///
///
///
///

1    Pursuant to the court's pretrial scheduling order (Document 12) entered August 14, 2009, Defendant Hung T. Tran identifies the following people which he may call as witnesses in above referenced matter.  In addition, Mr. Tran reserves the right to call any witness disclosed by the government and / or is called by the government as a witness at trial.

Don Tran

Thanh Nguyen

Mike Hang

Andy Tran

Ben Portusach

Tung Bach

Max Kharon (Portston)

Matt Perrault (Armanino McKenna LLP) Mr. Perrault will testify about Amir Khan's termination from Armanino McKenna LLP.

DATED:  DECEMBER 6, 2009              BERLINER COHEN

                                      BY:  /S/CHRISTIAN PICONE
                                           CHRISTIAN E. PICONE
                                           ATTORNEYS FOR PLAINTIFF HUNG T. TRAN